UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-22888-CIV-WILLIAMS

MIGUEL CABRERA

    Plaintiff,

vs.

LAZA IRON WORKS, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on the Parties' Joint Motion for Settlement Approval (DE 13). The Parties have also filed a modified Settlement Agreement with the Court (DE 14), on which their motion is based.

In this Fair Labor Standards Act (FLSA) action, the Parties request that the Court approve their modified Settlement Agreement (DE 14). To approve the Settlement Agreement, the Court must determine that the compromise is a fair and reasonable resolution of a bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Furthermore, where a plaintiff is represented by counsel, review of the reasonableness of attorneys' fees serves to "assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009).

The modified Settlement Agreement provides that Plaintiff Miguel Cabrera will receive $16,000.00 and Plaintiff's counsel will receive $5,000.00 in fees and costs. The Court finds that the compromise reached by the Parties in the Settlement Agreement is

a fair and reasonable resolution of this dispute. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) The Parties' modified Settlement Agreement (DE 14) is **APPROVED**.

(2) This action is **DISMISSED WITH PREJUDICE** each side to bear its own fees and costs except as otherwise provided in the Settlement Agreement.

(3) All pending motions are **DENIED AS MOOT.**

(4) The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this 5th day of September, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE